[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

———

No. 01-1625

SOLOMON UPSHAW,

Plaintiff, Appellant,

v.

MORGAN JAMES, ET AL.,

Defendants, Appellees.

———

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Douglas P. Woodlock, U.S. District Judge]

———

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

———

Solomon Upshaw on brief pro se.
James B. Farmer, United States Attorney, Cynthia W. Lie, Assistant U.S. Attorney, and Maite A. Parsi, Assistant Attorney General, on Motion for Summary Disposition for appellees.

———

**November 30, 2001**

———

**Per Curiam**.  After due consideration of the briefs and record on appeal, we affirm substantially for the reasons stated by the district court.  The appellant failed to state any claim cognizable by the federal court.

Affirmed.  Loc. R. 27(c).